UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-24770-DPG

**ENRIQUE ALVEAR**,

    Plaintiff,

vs.

**THOM BROWNE, INC.,**
**a foreign for-profit corporation**,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to S.D. Fla. Local Rule 16.4, Plaintiff Enrique Alvear and Defendant Thom Browne, Inc., by and through their respective undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide them forty-five (45) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to submit the dismissal documents necessary to dismiss this case with prejudice.

Dated: April 30, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>8751 W. Broward Blvd., Suite 303<br>Plantation, FL 33324<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email: rhannah@rhannahlaw.com<br><br>By  *s/ Roderick V. Hannah*<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email:duranandassociates@gmail.com<br><br>By  *s/ Pelayo M. Duran*<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**BERGER SINGERMAN LLP**
*Attorneys for Defendant*
1450 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email(s): htandy@bergersingerman.com
             drt@bergersingerman.com
             jmaldonado@bergersingerman.com

By   */s/ Heidi H. Tandy*
        Heidi H. Tandy, Esq.
        Fla. Bar No.163864