UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-cv-24770-DPG

**ENRIQUE ALVEAR**,

    Plaintiff,

vs.

**THOM BROWNE, INC.,**
**a foreign for-profit corporation,**

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE*

Plaintiff ENRIQUE ALVEAR and Defendant THOM BROWNE.INC., having settled this case by resolving the claims brought by Plaintiff, hereby stipulate to dismissal of the above-styled action *with prejudice,* with each party to bear his and its own costs and attorneys' fees.

Dated:  June 17, 2024.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**BERGER SINGERMAN LLP**
Attorneys for Defendant
1450 Brickell Avenue, Suite 1900
Miami, FL  33131
(305) 74-4370
htandy@bergersingerman.com


By   */s/ Heidi H. Tandy*
        HEIDI TANDY, ESQ.
        Fla. Bar No. 163864